463 A.2d 46

Nolter, Appellants v. Builders Co.
Petition for Allowance of Appeal
Denied Jan. 20, 1984.

Argued March 24, 1983. Joseph M. Melillo, for appellants; Sidney J. Apfelbaum, for appellees.

Before HESTER, JOHNSON and POPOVICH, JJ.

Judgment affirmed.